IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAMIEN CAVANAUGH,<br><br>Plaintiff,<br><br>v.<br><br>TFORCE FREIGHT, INC.,<br><br>Defendant. | Case No.: 2:23-cv-2040<br><br>**Jury Trial Demanded** |

**DEFENDANT'S NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1332, § 1441 and § 1446, Defendant TForce Freight, Inc., improperly named as TFI International, Inc. in Plaintiff's Petition for Damages, ("TForce" or "Defendant") contemporaneously with the filing of this notice, is effecting the removal of the below referenced action from the District Court of Wyandotte County, Kansas, to the United States District Court for the District of Kansas. The removal is based, specifically, on the following grounds:

**I.   PLEADINGS, PROCESS, AND ORDERS**

On December 27, 2022, Plaintiff Damien Cavanaugh filed a Petition for Damages ("Petition") in the District Court of Wyandotte County, Kansas, captioned *Damien Cavanaugh v. TForce Freight, Inc., a/k/a TFI International, Inc.,* Case No. 2022-CV-000869 (the "State Court Action"), claiming (Count I) Disability Discrimination in Violation of The Americans with Disabilities Act (42 U.S.C. 12101 et seq.) and (Count II) Retaliation in Violation of Kansas Public Policy. *See* Petition attached hereto and incorporated herein by reference.

On January 11, 2023, TForce was served with the Summons and Petition for Damages in the State Court Action. TForce is filing its Notice of Removal within thirty (30) days after

receiving service of the State Court Action. Therefore, TForce's time to remove and to answer has not yet expired. § 1446. TForce has not filed an answer to Plaintiff's Petition for Damages.

The District Court of Wyandotte County, Kansas, is located within the United States District Court for the District of Kansas. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such [state court] action is pending." 28 U.S.C. § 1441(a).

In accordance with 28 U.S.C. § 1446(a), a copy of the entire file in the State Court Action, including all pleadings and papers that have been filed and served on TForce in the State Court Action are attached to this Notice.

Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff's counsel, and undersigned counsel will file in the District Court of Wyandotte County, Kansas, TForce's Notice of Removal to Federal Court, attaching a copy of this notice.

## II.   DIVERSITY OF CITIZENSHIP

This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, in that it is a civil action where the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states. *See* Petition. Accordingly, this action is one that may be removed to this Court by TForce pursuant to 28 U.S.C. § 1441.

According to Plaintiff's Petition for Damages, he is a citizen and resident of Kansas City, Missouri. *See* Petition at para 1.

Upon information and belief, at the time of Plaintiff's filing of the State Court Action and at the time of TForce's Removal, Plaintiff was and is still a citizen and resident of Kansas City, Missouri. *See Guzman v. Well Health Labs LLC*, No. 22-2229-JWB-RES, 2022 U.S. Dist. LEXIS 145962, at *2 (D. Kan. July 12, 2022), 28 U.S.C. § 1332, "requires complete diversity of

citizenship between plaintiffs and defendants." *See also Four Aces Mobile Home Estates v. Lundahl*, 35 F. Supp. 2d 1337, 1339 (D. Utah 1998), "for complete diversity to exist in a removed case diversity must be present both at the time the notice of removal is filed in federal court and at the time the state court action was commenced."

At the time of Plaintiff's filing of the State Court Action and at the time of TForce's Removal, TForce was and is still a corporation incorporated in the State of Virginia with its principal place of business located in Richmond, Virginia. *See Adkins v. TFI Family Servs.*, No. 13-2579-DDC-GLR, 2017 U.S. Dist. LEXIS 160698, at *3-4 (D. Kan. Sep. 29, 2017), "If the business is a corporation, its citizenship is both the state where it is incorporated and the state where its principal place of business is located." *See* Exhibit A.

Because Plaintiff's Missouri citizenship is distinct from TForce's Virginia citizenship, complete diversity of citizenship exists between the parties. *See* 28 U.S.C. § 1332(a).

### III.   **AMOUNT IN CONTROVERSY**

Count I of Plaintiff's Petition for Damages seeks damages for violations of the Americans with Disabilities Act for disability discrimination. Plaintiff is seeking damages under Count I for actual and compensatory damages in an amount exceeding $75,000, for punitive damages in an amount exceeding $75,000, for prejudgment interest, attorney's fees and expenses, and other relief as the Court deems proper. *See* Petition at WHEREFORE para. after para. 19.

Count II of Plaintiff's Petition for Damages seeks damages for violations of Kansas Public Policy for retaliation. Plaintiff is seeking damages under Count II for actual and compensatory damages in an amount exceeding $75,000, for punitive damages in an amount exceeding $75,000, for prejudgment interest, and other relief as the Court deems proper. See Petition at WHEREFORE para. after para. 32.

The amount in controversy is determined from the allegations in the petition. 28 U.S.C. § 1446(c)(2); *St. Paul Mercury Indemnity Co. v. Red Cab Co.* 303 U.S. 283, 289 (1938).

The standard for determining whether a plaintiff's claim meets the amount in controversy is whether "a fact finder might legally conclude" that a plaintiff's damages are greater than $75,000.00. *Hammond v. Stamps.com, Inc.*, 844 F.3d 909, 912 (10th Cir. 2016).

Courts will consider compensatory damages, punitive damages, and attorneys' fees in determining whether the amount in controversy exceeds $75,000.00. *See Robertson v. Asplundh Tree Expert Co.*, No. 17-2360-DDC-KGG, 2017 U.S. Dist. LEXIS 149931, at *6 (D. Kan. Sep. 15, 2017)

Here, Plaintiff specifically states in his Petition that he is seeking damages in excess of $75,000 for both claims. Therefore, federal jurisdiction is proper.

## IV.   VENUE OF REMOVAL

The District Court of Wyandotte County, Kansas is located in the United States District Court for the District of Kansas. 28 U.S.C. § 96. This Court is part of the district and division in which the action was filed – Wyandotte County, Kansas. Thus, venue is proper because this is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a); *see also* 28 U.S.C. § 1446(a).

## V.   TIMELINESS OF REMOVAL

This Notice of Removal is timely filed in that it has been filed within thirty (30) days after receipt of Plaintiff's Petition, which indicates that the matter is removable. 28 U.S.C. § 1446(b)(1).

For the foregoing reasons, this Court has original jurisdiction under 28 U.S.C. §§1332 and 1441(b).

Pursuant to 28 U.S.C. § 1446(d), this Notice of Removal will be served upon all adverse parties and will be filed promptly in the State Court Action.

Pursuant to 28 U.S.C. § 1446(a), TForce is attaching hereto a current docket sheet from the State Court Action and a copy of all the pleadings and papers filed with the state court.

As of the date of this notice of removal, no other proceedings have been set in the State Court Action.

## VI.  DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, TForce respectfully requests a jury trial on all matters so triable.

WHEREFORE, for the above reasons, Defendant TForce Freight, Inc. respectfully gives notice that the action now pending in the District Court of Wyandotte County, Kansas, Case No. 2022-CV-000869, is removed from that Court to the United States District Court for the District of Kansas, pursuant to 28 U.S.C. § 1441.

/s/ Blake M. Edwards
Alan L. Rupe, KS #08914
Blake M. Edwards, KS #28187
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: (316) 609-7900
Facsimile:  (316) 462-5746
alan.rupe@lewisbrisbois.com
blake.edwards@lewisbrisbois.com

*Attorneys for Defendant TForce Freight, Inc.*

## CERTIFICATE OF SERVICE

I certify that on February 2, 2023, I filed the above Notice of Removal using the Court's CM/ECF system and a copy was sent by electronic mail to:

Albert F. Kuhl
Al@KCjoblawyer.com

*Attorney for Plaintiff*

                                                 /s/ Blake M. Edwards
                                                 Blake M. Edwards